# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

United States of America

-v-

THOMAS SCORCIA
**Defendant.**

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ OCT 03 2019 ★
BROOKLYN OFFICE

NOTICE OF APPEARANCE

Docket Number: 

Judge: SCANLON

Date: 10/3/19

PLEASE NOTICE, that I have been RETAINED by THOMAS SCORCIA the above named defendant. I was admitted to practice in this district on 12/91.

Signature: Vin Romano

Print Name: VINCENT ROMANO

Bar Code: VJR 8509

Office Address: 9201 4th ave
Bklyn NY 11209

Telephone #: (718) 852-5200

\*\*\* NOTICE TO ATTORNEY\*\*\*

\*\*Bar Code - The attorney's initials and last four digits of the social security number must appear on all pleading.