# LAW OFFICES OF SCOTT E. LEEMON, P.C.

**41 Madison Avenue, 31st Floor**
**New York, New York 10010**
**(212) 696-9111--- Office**
**(917) 238-0880---Mobile**
**scott@leemonlaw.com**
**www.leemonlaw.com**

---------------------------------------------------------------------------
March 17, 2020

Via ECF
Honorable I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   United States v Joseph Amato, Sr., et al.
            Criminal Docket: 19 CR 442 (S-1) (ILG)

Dear Judge Glasser:

     I write on behalf of all parties to respectfully request that the status conference that is currently scheduled for March 24, 2020 be adjourned until May 5, 2020 at noon.

     Due to the global pandemic and the President's directive to limit interpersonal contact to a maximum of 10 people, all parties believe that this request is appropriate and necessary under the current conditions.

     As to the status of the case, the parties remain in plea discussions. Should those discussions not result in resolutions by the May 5, 2020 status conference, the parties propose that we set a motion schedule and trial date at the May 5, 2020 status conference.

In addition, it is respectfully requested that the court exclude time under the Speedy Trial Act from today through May 5, 2020.

Thank you.

Very truly yours,

/s/
Scott E. Leemon

cc: All Counsel (via ECF)