UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                                            19-CR- 442 (ILG)

      -against-

                                                                            NOTICE OF APPEARANCE

THOMAS SCORCIA,

                Defendant.
-----------------------------------------------------------X

TO:  Clerk of Court
       United States District Court
       Eastern District of New York

    PLEASE TAKE NOTICE that Anthony DiPietro, Esq., an attorney duly admitted to practice in this Court, herby enters notice of appearance as retained co-counsel on behalf of Thomas Scorcia.

    It is respectfully requested that the Clerk note the undersigned's appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted.

Dated:  White Plains, New York
          March 22, 2020

                                                                     /S/*Anthony DiPietro*
                                                                     Anthony DiPietro, Esq.
                                                                     Law Offices of Anthony DiPietro, P.C.
                                                                     15 Chester Avenue
                                                                     White Plains, NY 10601
                                                                     Tel: (914) 948-3242
                                                                     Fax: (914) 948-5372
                                                                     Dipietrolaw@yahoo.com