UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: **GLASSER, J.**     DATE: **MARCH 27, 2020**     TIME: **11:00 a.m.**

DOCKET #: **CR-19-00442 (S-1) (ILG)**     TITLE: *U.S.A. v.*

COURT REPORTER: **David Roy**     DEPUTY CLERK: **Stanley Kessler**

PRETRIAL SERVICES OFFICER: **Brian Manganaro**     AUSA: **Elizabeth Geddes - #6432**
                                                         **James P. McDonald - #6376**

DEF'T #12 NAME: **Thomas Scorcia**     ATT'Y: **Vincent Romano, Esq. - Ret.**
                                              **Anthony DiPietro, Esq. - Ret.**

Present ___ Not Present ✓ In Custody ✓     ✓ Present ___ Not Present

**CRIMINAL CAUSE FOR BAIL MOTION**

✔ Case called and conducted via ATT audio conferencing.

✔ Defendant Thomas Scorcia not present. Defense counsel Vincent Romano, Esq. and Anthony Dipietro, Esq. present. AUSA Elizabeth Geddes and AUSA James P. McDonald present for the Government. Pretrial Services Officer Brian Manganaro also present.

✔ Defendant Scorcia's emergency bail motion was argued.

✔ The motion was denied for the reasons stated on the record.

**TIME: 1/00**