# Exhibit A:

# Photographs of Items Seized from Scorcia's Vehicle in June 2019

